```
1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  EMMET P. ONG (NYBN 4581369)
   Assistant United States Attorney
4
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612-5217
        Telephone: (510) 637-3929
7       Facsimile: (510) 637-3724
        E-mail: emmet.ong@usdoj.gov
8       E-mail: julie.davis@usdoj.gov
9
   Attorneys for Defendant
10 LOUIS DEJOY, Postmaster General
11
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          OAKLAND DIVISION
15
16 KYUNG SOOK JONES,                      )  Civil Action No. 4:21-cv-02849-HSG
                                          )
17         Plaintiffs,                    )
                                          )
18      v.                                )
                                          )  MOTION TO CORRECT FILING ERROR
19 LOUIS DEJOY, Postmaster General United )  AND ORDER
   States Postal Service (Pacific Area    )
20 Agency),                               )
                                          )
21         Defendant.                     )
   _____)
22
23
24
25
26
27
28 ADMINISTRATIVE MOTION TO CORRECT FILING ERROR
   NO. 4:21-CV-02849-HSG
```

1  On July 16, 2021, Defendant in the above-referenced matter filed a motion to dismiss, which can
2  be found at Docket Entry No. 15.  This filing was made in error.  Defendant requests that the filing be
3  removed from the docket in its entirety.  A corrected version of the motion was subsequently filed and
4  can be found at Docket Entry No. 16.  The undersigned counsel apologizes to the Court and Plaintiff for
5  his inadvertence.

7  DATED:  July 16, 2021                              Respectfully submitted,

8                                                    STEPHANIE M. HINDS
                                                     Acting United States Attorney

10                                                   /s/ *Emmet P. Ong*
                                                     EMMET P. ONG
11                                                   Assistant United States Attorney

12                                                   *Attorneys for Defendant Louis DeJoy, Postmaster*
                                                     *General*

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
NO. 4:21-CV-02849-HSG                                1

1
2
3                                    **ORDER**
4         For good cause shown, Defendant's motion is GRANTED.  The Court directs the clerk to
5  remove from the docket the motion to dismiss filed at Docket Entry No. 15 in the above-referenced
6  action.
7         IT IS SO ORDERED.
8
9  DATED: 7/19/2021
10                                               _____
11                                               HON. HAYWOOD S. GILLIAM, JR.
                                                  United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
   NO. 4:21-CV-02849-HSG                          2