UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG SOOK JONES,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE (PACIFIC AREA) AGENCY,<br><br>Defendant. | Case No. 21-cv-02849-HSG<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL**<br><br>Re: Dkt. No. 37 |

Pending before the Court is Plaintiff's Motion to Appoint Counsel. Dkt. No. 37. On November 1, 2021, the Court denied Plaintiff's previous motion to appoint counsel. *See* Dkt. Nos. 27, 32. At that time, the Court reviewed Plaintiff's request in accordance with the factors set out by the Ninth Circuit in *Bradshaw v. Zoological Society of San Diego*, 662 F.2d 1301, 1318 (9th Cir. 1981). Under *Bradshaw*, in exercising its discretion regarding whether to appoint counsel, a district court must assess: "(1) the plaintiff's financial resources, (2) the efforts made by the plaintiff to secure counsel, and (3) whether the plaintiff's claim has merit." *Id.*

After reviewing Plaintiff's current Motion to Appoint Counsel, Dkt. No. 37, the Court finds that the analysis of the three factors as they apply to Plaintiff and her case has not meaningfully changed since the Court's prior denial, *see* Dkt. No. 32. Accordingly, Plaintiff's Motion to Appoint Counsel is again **DENIED**.

**IT IS SO ORDERED.**

Dated: 1/7/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge